# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-05-00666-CR
## NO. 03-05-00667-CR

**Thomas Eugene Matthews, Appellant**

**v.**

**The State of Texas, Appellee**

## FROM THE DISTRICT COURT OF BELL COUNTY, 264TH JUDICIAL DISTRICT
## NOS. 56774 & 57046, HONORABLE MARTHA J. TRUDO, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Thomas Matthews seeks to appeal from judgments of conviction for possession of cocaine and failure to appear. The trial court has certified that these are plea bargain cases and Matthews has no right of appeal. *See* Tex. R. App. P. 25.2(a)(2). The appeals are dismissed. *See id*. rule 25.2(d).

_____

David Puryear, Justice

Before Justices B. A. Smith, Patterson and Puryear

Dismissed for Want of Jurisdiction

Filed:  October 21, 2005

Do Not Publish